# NO. 3

STATE OF NEW HAMPSHIRE

| | |
|---|---|
| HILLSBOROUGH, SS<br>NORTHERN DISTRICT | SUPERIOR COURT<br>CIVIL NO.: 216-2013-CV-00585 |

ALLIANZ MÉXICO, S.A.
COMPAÑIA DE SEGUROS,
as subrogee of Kimberly
Clark de Mexico, S.A.B. de C.V.

       Plaintiff,

v.

OSRAM SYLVANIA, INC.,

       Defendant.

**NOTICE OF FILING OF NOTICE OF REMOVAL**

To:   Shaun DeSantis, Esq.
       Diller Law, P.C.
       15 Court Square, Suite 800
       Boston, MA 02108

Civil Clerk's Office
Hillsborough Superior Court
Northern District
300 Chestnut Street
Manchester, NH  03101

    Pursuant to 28 U.S.C. § 1446, Defendant OSRAM SYLVANIA, Inc. gives notice that a Notice of Removal with the United States District Court for New Hampshire has been filed.

    Under 28 U.S.C. § 1446(d), the filing of this Notice of Removal with the Clerk of the Hillsborough County Superior Court effects removal of this action from the state court to the United States District Court, "and the state [matter] shall proceed no further unless and until the case is remanded." Id.

    A copy of the Notice of Removal is attached hereto as Exhibit A and incorporated by reference for filing.

This the 30th day of October, 2013.

          OSRAM SYLVANIA, INC.

          By its attorneys,

          _____
          Adam A. Larson #16649
          Campbell Campbell Edwards &
              Conroy, Professional Corporation
          One Constitution Center, Third Fl.
          Boston, MA 02129
          617-241-3000
          alarson@campbell-trial-lawyers.com
          *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Filing of Notice of Removal was served by United States First Class Mail, postage prepaid, on this 30th day of October, 2013 upon:

Shaun DeSantis, Esq.
Diller Law, P.C.
15 Court Square, Suite 800
Boston, MA 02108

          By:  _____
                  Adam Larson

2